

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2013

No. 04-13-00553-CR

Gilbert **VILLAREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR5696
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

The court reporter's record was due September 12, 2013, but was not filed; however, on September 12, 2013, the reporter filed a notification of late record stating the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the reporter's fee for preparing the record.

We **order** appellant to provide written proof to this court on or before **September 26, 2013** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) appellant is entitled to have the reporter's record furnished without charge. *See* TEX. R. APP. P. 20.2. If appellant fails to respond within the time provided, appellant's brief will be due **October 16, 2013** and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2013.

Keith E. Hottle
Clerk of Court

